**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1183**

———————

WILLIAM N. ODOM, JR.,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph R. McCrorey, Magistrate Judge.
(CA-03-913-3)

———————

Submitted:  July 27, 2005                Decided:  August 12, 2005

———————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William N. Odom, Jr., Appellant Pro Se.  Terri Hearn Bailey, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William N. Odom, Jr., appeals the magistrate judge's order* granting summary judgment in favor of Odom's employer on his retaliation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Odom v. Potter, No. CA-03-913-3 (D.S.C. filed Dec. 17, 2004 & entered Dec. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

- 2 -